**Mikeal STINE; Jeremy Pinson, Plaintiffs–Appellants,**

and

**Andrew Hobbs; Jerry BROWN, Plaintiffs,**

v.

**John DOE, Special Investigative Agent—FCC Butner; Federal Bureau of Prisons, Defendants–Appellees.**

**No. 14–6160.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 29, 2014.

Mikeal Stine, Jeremy Pinson, Appellants Pro Se.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mikeal Stine and Jeremy Pinson appeal the district court's order dismissing under 28 U.S.C. § 1915(g) (2012) their complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Stine*

*v. Doe,* No. 5:13–ct–03279–D, 2014 WL 229343 (E.D.N.C. Jan. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*